# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RUSSELL LEE ENFINGER.

    Petitioner,

v.                                           Case No.  3:21-cv-126-LC-MJF

DEPARTMENT OF CORRECTIONS
SECRETARY,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 21, 2021. (Doc. 2). Petitioner was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I conclude that it should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 2), is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to close this case file and to send Petitioner the petition form for seeking relief under 28 U.S.C. § 2254.

**DONE AND ORDERED** this 26th day of February, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**